UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

GOVERNMENT ACCOUNTABILITY &
OVERSIGHT,

Plaintiff,

v.

DEPARTMENT OF HEALTH AND
HUMAN SERVICES, et al.,

Defendants.

Civil Action No. 25-3547 (DLF)

## JOINT STATUS REPORT

Plaintiff, Government Accountability & Oversight, and Defendants Department of Health and Human Services and Centers for Medicare and Medicaid Services ("Defendants" and, together with Plaintiff, "Parties") hereby respectfully submit the following joint status report.

1.     On October 3, 2025, Plaintiff filed its complaint pursuant to the Freedom of Information Act ("FOIA").  ECF No. 1.

2.     On January 20, 2026, Defendants filed their Answer.  ECF No. 7.

3.     On April 13, 2026, Defendant reported:

    a. With respect to the FOIA Request assigned the tracking number 061320247012, the agency has completed its search and has identified 5,575 potentially responsive pages ,post deduplication.  Defendant intends to proceed with a production rate of 400 pages monthly, beginning June 5, 2026.

    b. With respect to the FOIA Request assigned the tracking number 060520257046, the agency is still in the process of conducting its search.

Because the search is still in progress, it would be premature for the agency to provide an anticipated number of documents responsive to the request or the anticipated date(s) for release of the requested documents.

4. Today, Defendants reports:

    a. CMS has completed its initial review of the documents potentially responsive to FOIA request 060520257046, and expects to complete the final review by the end of July, at which time the production will be provided to Plaintiff.

    b. CMS reviewed a total of four hundred three (403) pages of records potentially responsive to request number 061320247012. CMS has determined that, of those responsive records, a total of one hundred fifteen (115) pages are releasable in their entirety. However, CMS withheld, in part, portions of twenty-three (23) pages pursuant to Exemptions 5 and 6 of the FOIA (5 U.S.C. §552(b)(5) and (b)(6)). In addition, CMS has determined that twenty-two (22) pages should be sent for consultation to other executive branch agencies and returned to this department for final disposition. In addition, two hundred thirty-five (235) pages were determined to be non-responsive and eight (8) pages were duplicative.

5. The Parties respectfully request that they be permitted to file a further status report on or before August 11, 2026.

A proposed order is attached hereto.

Dated:  June 12, 2026
      Washington, DC

Respectfully submitted,

  /s/_ Matthew D. Hardin
MATTHEW D. HARDIN
HARDIN LAW OFFICE
101 Rainbow Drive Pmb 11506
Livingston, TX 77399
202-802-1948
Matthewdhardin@gmail.Com

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney


By:          */s/ Sian Jones*
    SIAN JONES, D.C. Bar #1024062
    Assistant United States Attorney
    601 D Street, NW
    Washington, D.C., 20530
    (202) 252-2578

*Attorneys for the United States of America*