UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

GOVERNMENT ACCOUNTABILITY &
OVERSIGHT,

Plaintiff,

v.

DEPARTMENT OF HEALTH AND
HUMAN SERVICES, et al.,

Defendants.

Civil Action No. 25-3547 (DLF)

## [PROPOSED] ORDER

UPON CONSIDERATION of the parties' joint status report and the entire record herein,

it is hereby

ORDERED that the parties shall file a further status report on or before August 11, 2026.

SO ORDERED.

Date: _____

_____
DABNEY L. FRIEDRICH
United States District Judge