UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

|  |  |
|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | Civil Action No. 25-3547 (DLF) |

## JOINT STATUS REPORT

Plaintiff, Government Accountability & Oversight, and Defendants Department of Health and Human Services and Centers for Medicare and Medicaid Services ("Defendants" and, together with Plaintiff, "Parties") hereby respectfully submit the following joint status report.

1.     The parties incorporate by reference their previous reports in this Freedom of Information Act ("FOIA") matter.

2.     Today, Defendants adds the following to its prior reports:

a. **Regarding Request 060520257046:** CMS reviewed a total of two hundred and sixteen (216) pages of responsive records.  On August 10th, 2026, CMS released two hundred and two (202) pages in their entirety, and withheld, in part fourteen (14) pages, pursuant to Exemption 5 of the FOIA (5 U.S.C. §552(b)(5)).  This single release completes CMS obligations under FOIA Request 060520257046.

b. **Regarding Request 061320247012**: For the interim release dated August 10, 2026, CMS reviewed a total of four hundred (400) pages of records

potentially responsive to Request number 061320247012. CMS determined that, of those responsive records, a total of sixty-five (65) pages are releasable in their entirety. However, CMS withheld, in part, portions of seventy-eight (78) pages pursuant to Exemptions 5 and 6 of the FOIA (5 U.S.C. §552(b)(5) and (b)(6)). In addition, CMS determined that four (4) pages should be sent for consultation to other executive branch agencies and returned to this department for final disposition. In addition, one hundred and eighty-two (182) pages were determined to be non-responsive and seventy-one (71) pages were duplicative.  CMS anticipates that the next interim release for this request will be around August 21, 2026.

3.      The Parties respectfully request that they be permitted to file a further status report on or before October 13, 2026.

A proposed order is attached hereto.

* * *

- 2 -

Dated: August 11, 2026
        Washington, DC

Respectfully submitted,

/s/ Matthew D. Hardin_____
MATTHEW D. HARDIN
HARDIN LAW OFFICE
101 Rainbow Drive Pmb 11506
Livingston, TX 77399
202-802-1948
Matthewdhardin@gmail.Com

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney


By: _____ */s/ Sian Jones*_____
      SIAN JONES, D.C. Bar #1024062
      Assistant United States Attorney
      601 D Street, NW
      Washington, D.C., 20530
      (202) 252-2578

*Attorneys for the United States of America*