UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> Defendants. | Civil Action No. 25-3547 (DLF) |

## [PROPOSED] ORDER

UPON CONSIDERATION of the parties' joint status report and the entire record herein, it is hereby

ORDERED that the parties shall file a further status report on or before October 13, 2026.

SO ORDERED.


Date: _____

_____
DABNEY L. FRIEDRICH
United States District Judge

- 4 -