UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT,<br>Plaintiff,<br>v.<br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br>Defendants. | Civil Action No. 25-3547 (DLF) |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT**

Plaintiff moves under Federal Rule of Civil Procedure 6(b)(1)(A) for a three-day extension to file the parties' joint status report, through Friday, October 16, 2026.

The report is due today, October 13, 2026. See Minute Order (Aug. 11, 2026). On October 9, 2026, Plaintiff reached out to defense counsel with an apology that this case had slipped his mind and he had not reached out sooner. Undersigned counsel followed up by email today at 4:11 p.m. As of this motion, undersigned counsel has received no response to either of these overtures. Plaintiff is left to assume that the assigned Assistant United States Attorney is out of the office or otherwise unavailable, and the parties have therefore been unable to finalize their joint report.

Good cause supports this brief extension, which will allow both counsel additional time to confer and complete the joint report. The AUSA's position on the requested extension is presently unknown for the reasons set forth above.

Dated: October 13, 2026

Respectfully submitted,

/s/ Matthew D. Hardin
Matthew D. Hardin
HARDIN LAW OFFICE
101 Rainbow Drive, PMB 11506
Livingston, TX 77399
(202) 802-1948
MatthewDHardin@protonmail.com
*Counsel for Plaintiff*